# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2114
_____

CURTIS M. GORHAM,

   Appellant,

v.

MICHAEL ALAN JENKINS,
RICHARD WOOTEN, TATIANA
ECHEVERRY, INSURANCE(S), and
MAYBE OTHERS,

   Appellees.

_____

On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

October 17, 2024

PER CURIAM.

   DISMISSED.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Curtis M. Gorham, pro se, Appellant.

No appearance for Appellees.